Search Number: 3212155734 Search Dates: 11/1/2012 - 5/31/2014

| Date | Time | Duration | Dir | Dialed Number | Dest Number | Status | Special Feature | CallerID | Start Switch | End Switch |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/20/2013 | 08:50:34 | 0:19 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 9/23/2013 | 11:39:00 | 0:26 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 9/27/2013 | 08:59:08 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 10/1/2013 | 15:12:16 | 0:21 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 10/4/2013 | 10:00:25 | 0:23 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 10/9/2013 | 17:31:30 | 0:26 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 10/15/2013 | 14:58:18 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 10/17/2013 | 15:37:25 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 10/19/2013 | 12:18:21 | 0:27 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 10/22/2013 | 15:45:49 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 10/23/2013 | 13:01:17 | 0:02 | Incoming Call | | 3212155734 | Not Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 10/24/2013 | 14:06:29 | 0:12 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 10/25/2013 | 09:53:49 | 0:02 | Incoming Call | | 3212155734 | Not Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 10/29/2013 | 10:57:38 | 0:10 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 10/29/2013 | 14:06:49 | 0:10 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 11/1/2013 | 10:34:46 | 0:21 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 11/5/2013 | 09:51:50 | 0:22 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 11/6/2013 | 15:02:07 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 11/8/2013 | 08:56:50 | 0:42 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 11/12/2013 | 09:26:04 | 0:11 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 11/15/2013 | 08:46:03 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 11/19/2013 | 08:45:19 | 0:22 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 11/20/2013 | 08:11:04 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/3/2013 | 12:34:11 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/5/2013 | 08:22:00 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/9/2013 | 14:59:56 | 0:31 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 12/12/2013 | 08:23:33 | 0:03 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/17/2013 | 11:01:00 | 0:15 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |
| 12/20/2013 | 12:00:23 | 0:03 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/24/2013 | 10:50:28 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/27/2013 | 08:49:28 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 12/31/2013 | 09:18:52 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |

EXHIBIT A

| Date | Time | Duration | Dir | Dialed Number | Destination | Status | Special Features | Caller ID | Start Switch | End Switch |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/2014 | 08:57:19 | 0:02 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 1/4/2014 | 12:11:34 | 0:03 | Incoming Call | 5033212155734 | 3212155734 | Answered | Call FWD - No Reply | 8003604319 | Jacksonville | |
| 1/8/2014 | 10:45:12 | 0:58 | Incoming Call | | 3212155734 | Answered | | 8003604319 | Jacksonville | |

Search Number: 3212155734 Search Dates: 11/1/2012 - 5/31/2014

| Date | Time | Duration | Dir | Dialed Number | Destination Number | Status | Special Features | Caller ID | Start Switch | End Switch |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/17/2013 | 16:40:20 | 0:12 | Outgoing Call | 8003604319 | 8003604319 | Answered | | | Jacksonville | |
| 10/25/2013 | 09:55:40 | 1:10 | Outgoing Call | 8003604319 | 8003604319 | Answered | | | Jacksonville | |
| 11/6/2013 | 16:23:43 | 0:37 | Outgoing Call | 8003604319 | 8003604319 | Answered | | | Jacksonville | |
| 11/21/2013 | 16:52:59 | 0:02 | Outgoing Call | 8003604319 | 8003604319 | Not Answered | | | Jacksonville | |
| 11/21/2013 | 16:53:26 | 0:51 | Outgoing Call | 8003604319 | 8003604319 | Answered | | | Jacksonville | |
| 12/18/2013 | 19:03:13 | 0:12 | Outgoing Call | 8003604319 | 8003604319 | Answered | | | Jacksonville | |
| 12/27/2013 | 16:16:28 | 0:02 | Outgoing Call | 8003604319 | 8003604319 | Not Answered | | | Jacksonville | |
| 1/28/2014 | 17:30:51 | 0:02 | Outgoing Call | 8003604319 | 8003604319 | Not Answered | | | Jacksonville | |
| 1/28/2014 | 17:30:59 | 0:02 | Outgoing Call | 8003604319 | 8003604319 | Not Answered | | | Jacksonville | |